Fill in this information to identify the case:

Debtor name: **Sunlight Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BAC Home Loans Servicing, LP<br>400 Countrywide Way<br>SV-35<br>Simi Valley, CA 93065 | | 11553 White Cliffs Avenue, Las Vegas, Nevada 89138; APN 137-26-421-014 | | $783,000.00 | $570,000.00 | $213,000.00 |
| BAC Home Loans Servicing, LP<br>400 Countrywide Way<br>SV-35<br>Simi Valley, CA 93065 | | 4513 Bell Cord Avenue, #101, North Las Vegas, Nevada 89031; APN 124-30-211-100 | | $153,000.00 | $110,000.00 | $43,000.00 |
| BAC MLC:<br>CA6-914-01-43<br>1800 Tapo Canyon Road<br>Simi Valley, CA 93063 | | 7349 Ringquist Street, Las Vegas, Nevada 89148; APN 176-08-112-019 | | $169,000.00 | $157,000.00 | $12,000.00 |
| Bank of America<br>7105 Corporate Drive<br>Plano, TX 75024 | | 3643 Wild Springs Street, Las Vegas, Nevada 89129; APN 137-12-615-157 | | $162,000.00 | $155,000.00 | $7,000.00 |
| Bank of America<br>400 National Way<br>Simi Valley, CA 93065 | | 3401 Bedfordshire Place, Las Vegas, Nevada 89129; APN 138-09-412-006 | | $222,000.00 | $220,000.00 | $2,000.00 |
| Bank of America<br>7105 Corporate Drive<br>Plano, TX 75024 | | 606 Brinkburn Point Avenue Las Vegas, Nevada 89178 APN: 176-18-517-003 | | $201,006.00 | $156,000.00 | $45,006.00 |

Debtor   **Sunlight Properties, LLC**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bayview Loan Servicing  4425 Ponce De Leon Boulevard  Fifth Floor  Miami, FL 33146 | | 6215 Alpine Tree Avenue, Las Vegas, Nevada 89139; APN 176-14-711-025 | | $285,000.00 | $192,000.00 | $93,000.00 |
| JPMorgan Chase Bank, N.A.  c/o Corelogic  450 East Boundary Street  Chapin, SC 29036 | | 1405 South Nellis Boulevard, #2006 Las Vegas, Nevada 89104 APN: 161-04-219-114 | | Unknown | Unknown | Unknown |
| U.S. Bank, N.A.  c/o Ocwen Loan Servicing, LLC  1661 Worthington Road  Suite 100  West Palm Beach, FL 33409 | | 1405 South Nellis Boulevard, #2117, Las Vegas, Nevada 89104; APN 161-04-219-104 | | $80,000.00 | $65,000.00 | $15,000.00 |
| US Bank  60 Livingston Avenue  Saint Paul, MN 55107 | | 10037 Distant Rain Las Vegas, Nevada 89183 APN: 177-26-211-187 | | $328,000.00 | Unknown | Unknown |