8/23/16 10:03AM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sunlight Properties, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................................  $     1,845,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................................  $     1,000.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................................  $     1,846,000.00

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................  $     2,483,006.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................  $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................  +$     0.00

4. **Total liabilities** .........................................................................................................................................  $     2,483,006.00
   Lines 2 + 3a + 3b

8/23/16 10:03AM

**Fill in this information to identify the case:**

Debtor name   **Sunlight Properties, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | Cash on hand | | Unknown |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank | Checking Account | 0194 | $1,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                $1,000.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. Does the debtor own any investments?

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Debtor   **Sunlight Properties, LLC**                                    Case number *(If known)*
         Name

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **7349 Ringquist Street, Las Vegas, Nevada 89148; APN 176-08-112-019** | Fee simple | $0.00 | Appraisal | $157,000.00 |
| 55.2. **6215 Alpine Tree Avenue, Las Vegas, Nevada 89139; APN 176-14-711-025** | Fee simple | $0.00 | Appraisal | $192,000.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

Debtor    **Sunlight Properties, LLC**    Case number *(If known)*
                Name

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | 80332 Summer Moon Place, Las Vegas, Nevada 89129; APN 138-09-815-002 | Fee simple | $0.00 | Appraisal | $220,000.00 |
| 55.4. | 11553 White Cliffs Avenue, Las Vegas, Nevada 89138; APN 137-26-421-014 | Fee simple | $0.00 | Appraisal | $570,000.00 |
| 55.5. | 4513 Bell Cord Avenue, #101, North Las Vegas, Nevada 89031; APN 124-30-211-100 | Fee simple | $0.00 | Appraisal | $110,000.00 |
| 55.6. | 1405 South Nellis Boulevard, #2117, Las Vegas, Nevada 89104; APN 161-04-219-104 | Fee simple | $0.00 | Appraisal | $65,000.00 |
| 55.7. | 3401 Bedfordshire Place, Las Vegas, Nevada 89129; APN 138-09-412-006 | Fee simple | $0.00 | Appraisal | $220,000.00 |
| 55.8. | 3643 Wild Springs Street, Las Vegas, Nevada 89129; APN 137-12-615-157 | Fee simple | $0.00 | Appraisal | $155,000.00 |
| 55.9. | 606 Brinkburn Point Avenue Las Vegas, Nevada 89178 APN: 176-18-517-003 | Fee simple | $0.00 | Appraisal | $156,000.00 |
| 55.10. | 1405 South Nellis Boulevard, #2006 Las Vegas, Nevada 89104 APN: 161-04-219-114 | Fee simple | $0.00 | Appraisal | Unknown |
| 55.11. | 10037 Distant Rain Las Vegas, Nevada 89183 APN: 177-26-211-187 | Fee simple | $0.00 | Appraisal | Unknown |

| 56. | **Total of Part 9.** | | $1,845,000.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

Debtor   **Sunlight Properties, LLC**                                  Case number *(If known)*
                Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **Sunlight Properties, LLC**                                        Case number *(If known)*
         Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................> | | $1,845,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,000.00    + 91b. | $1,845,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,846,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sunlight Properties, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** | **BAC Home Loans Servicing, LP**
Creditor's Name
400 Countrywide Way
SV-35
Simi Valley, CA 93065
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**11553 White Cliffs Avenue, Las Vegas, Nevada 89138; APN 137-26-421-014**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$783,000.00     $570,000.00

---

**2.2** | **BAC Home Loans Servicing, LP**
Creditor's Name
400 Countrywide Way
SV-35
Simi Valley, CA 93065
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**4513 Bell Cord Avenue, #101, North Las Vegas, Nevada 89031; APN 124-30-211-100**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$153,000.00     $110,000.00

---

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 6
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Sunlight Properties, LLC**     Case number (if know) _____
     Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **BAC MLC: CA6-914-01-43** | Describe debtor's property that is subject to a lien | $169,000.00 | $157,000.00 |

Creditor's Name

**1800 Tapo Canyon Road
Simi Valley, CA 93063**
Creditor's mailing address

**7349 Ringquist Street, Las Vegas, Nevada 89148; APN 176-08-112-019**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Bank of America** | Describe debtor's property that is subject to a lien | $222,000.00 | $220,000.00 |

Creditor's Name

**400 National Way
Simi Valley, CA 93065**
Creditor's mailing address

**3401 Bedfordshire Place, Las Vegas, Nevada 89129; APN 138-09-412-006**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Bank of America** | Describe debtor's property that is subject to a lien | $162,000.00 | $155,000.00 |

Creditor's Name

**7105 Corporate Drive
Plano, TX 75024**
Creditor's mailing address

**3643 Wild Springs Street, Las Vegas, Nevada 89129; APN 137-12-615-157**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

---

Debtor  **Sunlight Properties, LLC**                                    Case number (if know)
        Name

| | |
|---|---|
| Date debt was incurred | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.6 | **Bank of America** | Describe debtor's property that is subject to a lien | $201,006.00 | $156,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **606 Brinkburn Point Avenue**<br>**Las Vegas, Nevada 89178**<br>**APN: 176-18-517-003** | | |
| | **7105 Corporate Drive**<br>**Plano, TX 75024** | | | |
| | Creditor's mailing address | Describe the lien<br>**Mortgage** | | |
| | | Is the creditor an insider or related party?<br>■ No | | |
| | Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.7 | **Bayview Loan Servicing** | Describe debtor's property that is subject to a lien | $285,000.00 | $192,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **6215 Alpine Tree Avenue, Las Vegas, Nevada 89139; APN 176-14-711-025** | | |
| | **4425 Ponce De Leon Boulevard**<br>**Fifth Floor**<br>**Miami, FL 33146** | | | |
| | Creditor's mailing address | Describe the lien<br>**Mortgage** | | |
| | | Is the creditor an insider or related party?<br>■ No | | |
| | Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.8 | **JPMorgan Chase Bank, N.A.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                         page 3 of 6

Debtor **Sunlight Properties, LLC**
Name

Case number (if know) _____

| | |
|---|---|
| Creditor's Name<br>**c/o Corelogic**<br>**450 East Boundary Street**<br>**Chapin, SC 29036**<br>Creditor's mailing address | **1405 South Nellis Boulevard, #2006**<br>**Las Vegas, Nevada 89104**<br>**APN: 161-04-219-114**<br><br>Describe the lien<br>**Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.9** | **One Reverse Mortgage, LLC**
Creditor's Name
**644 Woodward Avenue**
**Attn: Capture**
**Fifth Floor**
**Detroit, MI 48226**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**80332 Summer Moon Place, Las Vegas, Nevada 89129; APN 138-09-815-002**

$100,000.00     $220,000.00

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** | **U.S. Bank, N.A.**
Creditor's Name
**c/o Ocwen Loan Servicing, LLC**
**1661 Worthington Road**
**Suite 100**
**West Palm Beach, FL 33409**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1405 South Nellis Boulevard, #2117, Las Vegas, Nevada 89104; APN 161-04-219-104**

$80,000.00     $65,000.00

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No

Creditor's email address, if known

Date debt was incurred

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 4 of 6

Debtor  **Sunlight Properties, LLC**                                        Case number (if know)
      Name

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.11 | **US Bank** | Describe debtor's property that is subject to a lien | $328,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **10037 Distant Rain** | | |
| | | **Las Vegas, Nevada 89183** | | |
| | **60 Livingston Avenue** | **APN: 177-26-211-187** | | |
| | **Saint Paul, MN 55107** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  **$2,483,006.00**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chase Records Center** **HOA Correspondence** **LA4-5555** **700 Kansas Lane** **Monroe, LA 71203** | Line **2.8** | |
| **Gregory Wilde** **Tiffany & Bosco** **212 South Jones Boulevard** **Las Vegas, NV 89107** | Line **2.8** | |
| **K. Schuler-Hintz** **McCarthy & Holthus** **9510 West Sahara Avenue** **Suite 200** **Las Vegas, NV 89117** | Line **2.10** | |

---

Debtor   __Sunlight Properties, LLC__                     Case number (if know) _____
                Name

| | |
|---|---|
| **MERS**<br>P.O. Box 2026<br>Flint, MI 48501-2026 | Line __2.2__ |
| **Quality Loan Service Corp.**<br>411 Ivy Street<br>San Diego, CA 92101 | Line __2.2__ |
| **Quality Loan Service Corp.**<br>411 Ivy Street<br>San Diego, CA 92101 | Line __2.6__ |
| **Seaside Trustee Inc.**<br>P.O. Box 752377<br>Las Vegas, NV 89136 | Line __2.1__ |

8/23/16 10:03AM

**Fill in this information to identify the case:**

Debtor name  **Sunlight Properties, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | Date or dates debt was incurred ___ | ☐ Disputed |
| | Last 4 digits of account number ___ | Basis for the claim: _____ |
| | | Is the claim subject to offset? ☐ No  ☐ Yes |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name: **Sunlight Properties, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **Sunlight Properties, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing Address | | Name | Check all schedules that apply: |
| 2.1 | Alexander Hamiton | CURRENT ADDRESS UNKNOWN | BAC Home Loans Servicing, LP | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Ashley R. Jennings | CURRENT ADDRESS UNKNOWN | Bank of America | ■ D  2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Brian McKnight | CURRENT ADDRESS UNKNOWN | Bank of America | ■ D  2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Coralee I. Smith | CURRENT ADDRESS UNKNOWN | Bank of America | ■ D  2.4<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Damian Garci | CURRENT ADDRESS UNKNOWN | US Bank | ■ D  2.11<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Sunlight Properties, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**          Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Daniel Coyne<br>CURRENT ADDRESS UNKNOWN | BAC Home Loans Servicing, LP | ■ D  2.2<br>☐ E/F ___<br>☐ G ___ | |
| 2.7 | Jocelyn M. Cross<br>CURRENT ADDRESS UNKNOWN | U.S. Bank, N.A. | ■ D  2.10<br>☐ E/F ___<br>☐ G ___ | |
| 2.8 | Joetta J. Bowman<br>CURRENT ADDRESS UNKNOWN | One Reverse Mortgage, LLC | ■ D  2.9<br>☐ E/F ___<br>☐ G ___ | |
| 2.9 | Minnie Aaron<br>CURRENT ADDRESS UNKNOWN | JPMorgan Chase Bank, N.A. | ■ D  2.8<br>☐ E/F ___<br>☐ G ___ | |
| 2.10 | Norman L. Smith<br>CURRENT ADDRESS UNKNOWN | Bank of America | ■ D  2.4<br>☐ E/F ___<br>☐ G ___ | |
| 2.11 | Phai Hai H. Dang<br>CURRENT ADDRESS UNKNOWN | Bayview Loan Servicing | ■ D  2.7<br>☐ E/F ___<br>☐ G ___ | |
| 2.12 | Sidney Aaron<br>CURRENT ADDRESS UNKNOWN | JPMorgan Chase Bank, N.A. | ■ D  2.8<br>☐ E/F ___<br>☐ G ___ | |
| 2.13 | Son T. Nguyen<br>CURRENT ADDRESS UNKNOWN | Bayview Loan Servicing | ■ D  2.7<br>☐ E/F ___<br>☐ G ___ | |

Debtor   **Sunlight Properties, LLC**                                       Case number *(if known)*

### Additional Page to List More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|
| 2.14 Vincent C. Greco<br>**CURRENT ADDRESS UNKNOWN** | **BAC MLC:**<br>**CA6-914-01-43** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |